JL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Arlin Monrroy-Salazar,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No.    CV-26-02502-PHX-SHD (ASB)

**ORDER**

Petitioner Arlin Monrroy-Salazar, an immigration detainee who is confined in the Eloy Detention Center, has filed a Motion for Contempt. (Doc. 13.)

## I.    Procedural History

On April 10, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging her present immigration detention. In an April 29, 2026 Order, the Court granted the Petition and ordered Respondents to provide Petitioner with a bond redetermination hearing within 7 days or release her from custody under the same conditions that existed before her detention. The Court ordered Respondents to file a notice of compliance with 3 days of releasing Petitioner or providing her with a bond hearing.

## II.    Petitioner's Motion

In her Motion, Petitioner appears to assert that she has not received a bond hearing, and she remains in custody, in violation of the Court's April 29, 2026 Order. Respondents have not filed a notice of compliance. The Court will therefore order Respondents to file a response to Petitioner's Motion that addresses whether or when Petitioner had a bond

redetermination hearing, and if not, why Respondents failed to comply with the Court's April 29, 2026 Order.

**III.    Warnings**

**A.    Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

**B.    Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED** that within **1 DAY** of the filing date of this Order, Respondents **must file** a response to Petitioner's Motion for Contempt (Doc. 13).  Respondents **must address** whether or when Petitioner had a bond redetermination hearing, and if not, why Respondents failed to comply with the Court's April 29, 2026 Order.

**IT IS FURTHER ORDERED** the Court's prior order regarding the Notice of Compliance, (Doc. 14), is VACATED.

Dated this 19th day of May, 2026.

Honorable Sharad H. Desai
United States District Judge

- 2 -